## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

-------------------------------------------------------

| | |
|---|---|
| Thomas D. Jurva, | Court File No. 05-cv-1871 PAM/JSM |
| Plaintiff, | |
| v. | |
| UNUM Life Insurance Company of America, | **ORDER FOR DISMISSAL** |
| Defendant. | |

-------------------------------------------------------

Pursuant to Stipulation of the Parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either party.

Dated: February __22__, 2006                                         **BY THE COURT**

                                                                                         s/Paul A. Magnuson
                                                                                         Paul A. Magnuson
                                                                                         Judge of District Court